Evonne Capers, Plaintiff-Appellant, 
against
Grote Street Apartments, LP, Omni New York LLC, Reliant Realty Service Inc., Defendants-Respondents.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered on or about November 5, 2015, after trial, in favor of defendants dismissing the action.




Per Curiam. 
Judgment (Verna L. Saunders, J.), entered on or about November 5, 2015, affirmed, without costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal unless it is shown that "substantial justice has not been done between the parties according to the rules and principles of substantive law" (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). Applying that limited standard of review here, we find no basis to substitute our judgment for that of the trial court in dismissing plaintiff's negligence and related claims after a full trial. The record permits a finding that defendants caused no compensable loss or damage to plaintiff's personalty in connection with defendants' installation of a new door to plaintiff's apartment.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 19, 2016